UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CARRINGTON MORTGAGE SERVICES, LLC,

    Plaintiff,

vs.

JEFFREY T. COLLINS A/K/A JEFFERY T. COLLINS; JOYCE COLLINS; MARCUS COLLINS; DINAH COLLINS; JERRY MACKIN, JR.; and KAREN MACKIN,

    Defendants.
_____/

CASE NO. 4:18-cv-00456-WS-CAS

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Carrington Mortgage Services, LLC, and defendants Marcus Collins and Dinah Collins jointly stipulate to dismissal of this action with prejudice. The parties agree to bear their own attorneys' fees and costs.

Respectfully submitted,

| **AKERMAN LLP** | **BOGIN, MUNNS & MUNNS, P.A.** |
|---|---|
| */s/ Justin E. Hekkanen* | */s/ Nancy E. Brandt* |
| Justin E. Hekkanen | Nancy E. Brandt |
| Florida Bar No. 33712 | Florida Bar No. 65102 |
| justin.hekkanen@akerman.com; | nancyb@boginmunns.com; |
| nicole.frierson@akerman.com; | bmmservice@boginmunns.com; |
| emory.woodard@akerman.com | kwhite@boginmunns.com |
| 50 North Laura Street, Suite 3100 | 1000 Legion Place, Suite 1000 |
| Jacksonville, FL 33202 | Orlando, FL 32801 |
| (904) 798-3700 (ph) / (904) 798-3730 (fax) | 407-578-1334 (ph) / 407-578-2181 (fax) |
| *Counsel for Plaintiff* | *Counsel for Marcus and Dinah Collins* |

49207388;2

## **CERTIFICATE OF SERVICE**

I certify that on June 19, 2019 a true copy of the foregoing was served in the manner indicated below on the following:

<u>Via electronic mail</u>:

Nancy E. Brandt, Esq., Bogin, Munns & Munns, P.A., *Counsel for Marcus and Dinah Collins*
    1000 Legion Place, Suite 1000, Orlando, FL 32801
    *nancyb@boginmunns.com; bmmservice@boginmunns.com; kwhite@boginmunns.com*

Richard T. Petitt, Eq., Petitt Worrell Rocha Sheppard PLLC, *Co-Counsel for Carrington Mortgage, Services, LLC*
    100 North Tampa Street, Suite 3575, Tampa, Florida 33602-5877
    *Pleadings@petittworrell.com; Rich@petittworrell.com*

<u>Via U.S. Mail</u>:

Jeffrey T. Collins, P.O. Box 776, Crawfordville, FL 32326

Jerry Mackin, Jr., 26 Brave Drive, Crawfordville, FL 32327

Karen Mackin, 26 Brave Drive, Crawfordville, FL 32327

Joyce Collins n/k/a Joyce Weis, 69 Marigold Drive, Crawfordville, FL 32327

                                      */s/ Justin E. Hekkanen*
                                      Attorney