UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CARRINGTON MORTGAGE SERVICES, LLC,

    Plaintiff,                            CASE NO. 4:18-cv-00456-WS-CAS

vs.

JEFFREY T. COLLINS A/K/A JEFFERY T. COLLINS; JOYCE COLLINS; MARCUS COLLINS; DINAH COLLINS; JERRY MACKIN, JR.; and KAREN MACKIN,

    Defendants.
_____/

## VOLUNTARY DISMISSAL OF CROSS-CLAIM

COME NOW, Defendants/Cross-Plaintiffs, MARCUS COLLINS and DINAH COLLINS, and voluntarily dismiss the Cross-Claim filed against Defendant/Cross-Defendant, JEFFREY T. COLLINS a/k/a JEFFERY T. COLLINS.

Dated: June 19, 2019.

                                              */s/ Nancy E. Brandt*
                                              NANCY E. BRANDT
                                              Fla. Bar No. 065102
                                              BOGIN, MUNNS & MUNNS, P.A.
                                              1000 Legion Place, Suite 1000
                                              P.O. Box 2807 (32802-2807)
                                              Orlando, Florida 32801
                                              Tel. 407-578-1334
                                              Fax 407-578-2181
                                              Primary: nancyb@boginmunns.com
                                              Secondary: bmmservice@boginmunns.com
                                              Tertiary: kwhite@boginmunns.com
                                              Attorneys for Defendants Marcus
                                              and Dinah Collins

#2182780

                                                                                 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 19, 2019, a true and correct copy of the foregoing has been furnished via electronic mail to Justin E. Hekkanen, Esq., justin.hekkanen@akerman.com; nicole.frierson@akerman.com; and Richard Petitt, Esq., rich@petittworrell.com, co-counsel for Plaintiff, Carrington Mortgage Company.

I FURTHER CERTIFY that on June 19, 2019, a true and correct copy of the foregoing was furnished by U.S. Mail to:

Jeffrey T. Collins, P.O. Box 776, Crawfordville, FL 32327

Jerry Mackin, Jr., 26 Brave Dr., Crawfordville, FL 32327

Karen Mackin, 26 Brave Dr., Crawfordville, FL 32327

Joyce Collins n/k/a Joyce Weis, 69 Marigold Dr., Crawfordville, FL 32327

*/s/ Nancy E. Brandt*
NANCY E. BRANDT
Fla. Bar No. 065102

2

#2182780